1677 CITY OF DETROIT vs. FORT WAYNE & ELMWOOD RY. CO., No. 12536; 90 M., 646; 20 L. R. A., 79.

To compel respondent to observe the order of the Common

Council for the removal of the projecting ends of the ties upon which its tracks are laid preparatory to paving the street.

Granted March 18, 1892, with costs.